UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARTIN J. WALSH, Secretary of Labor,
United States Department of Labor,

    Plaintiff,

v.

CAPONE BROS., INC.; CAPCO EQUIPMENT
CORPORATION; AMERICAN EARTH
PRODUCTS; and CHARLES L. CAPONE,

    Defendants.

Civil Action No. 21-cv-11160

## JOINT MOTION TO APPROVE CONSENT JUDGMENT AND ORDER

Plaintiff Martin J. Walsh, Secretary of Labor, United States Department of Labor, and Defendants Capone Bros, Inc.; Capco Equipment Corporation; American Earth Products; and Charles L. Capone hereby move the Court to approve the Consent Judgment and Order attached hereto as Exhibit 1.

Respectfully Submitted,

| For Defendants: | For Plaintiff: |
|---|---|
| /s/ Matthew L. Feeney<br>Matthew L. Feeney, Esquire<br>Murphy, Hesse, Toomey & Lehane, LLP<br>mfeeney@mhtl.com<br>BBO No. 660011<br><br>300 Crown Colony Dr., Suite 410<br>Quincy, MA 02169<br>TEL: (617) 479-5000<br>FAX: (617) 479-6469<br><br>Dated: July 15, 2021 | Elena S. Goldstein<br>Acting Solicitor of Labor<br><br>Maia S. Fisher<br>Regional Solicitor<br><br>/s/ Mark A. Pedulla<br>Mark A. Pedulla<br>Counsel for Wage & Hour<br>pedulla.mark.a@dol.gov<br>MA BBO No. 685925 |

## Certificate of Service

I hereby certify that on July 15, 2021, a copy of foregoing JOINT MOTION TO APPROVE CONSENT JUDGMENT AND ORDER and the attached Exhibit 1 were filed electronically. I further certify that on that date I served these documents on Defendants by causing them to emailed to:

> Matthew L. Feeney, Esquire
> Murphy, Hesse, Toomey & Lehane, LLP
> mfeeney@mhtl.com
>
> 300 Crown Colony Dr., Suite 410
> Quincy, MA 02169
> TEL: (617) 479-5000
> FAX: (617) 479-6469

the last known email address.

> /s/ Mark A. Pedulla
> Mark A. Pedulla
> MA BBO No. 685925
>
> U.S. Department of Labor
> Office of the Solicitor
> JFK Federal Building
> Room E-375
> Boston, MA 02203
> TEL: (617) 565-2500
> FAX: (617) 565-2142
> pedulla.mark.a@dol.gov